IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DANIEL R. LONERGAN,

       Plaintiff,

v.                                  CASE NO.  4:14-cv-42-MW/CAS

MICHAEL D. CREWS
and
PAMELA JO BONDI,

       Defendants.

_____/

ORDER ACCEPTING
REPORT AND RECOMMENDATION

This Court has considered the Magistrate's Report and Recommendation, ECF No.15, filed May 15, 2014, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 16, filed May 27, 2014. Upon consideration

    IT IS ORDERED:

The report and recommendation is **accepted and adopted,** over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "This cause is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2).  The Clerk shall note on the docket that this

cause is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii)." The Clerk shall close the file.

    **SO ORDERED on May 29, 2014.**

                                                **s/Mark E. Walker**
                                                **United States District Judge**