IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DANIEL R. LONERGAN,**

      **Plaintiff,**

v.                                    Case No. 4:14cv42-MW/CAS

**JULIE L. JONES, Secretary,
Department of Corrections,**

      **Defendant.**
_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 77. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. Plaintiff's motion for summary judgment, ECF No. 64, and Defendant's motion for summary judgment, ECF No. 66, are **DENIED** because there are

1

genuine disputes of material fact. This case is **REMANDED** to the Magistrate Judge for further proceedings prior to setting the case for trial.

    **SO ORDERED on March 30, 2017.**

                                          **s/Mark E. Walker                 **
                                          **United States District Judge**